■ EUGENE W. BECHTLE, JR., et al., Appellants, v BOARD OF SUPERVISORS OF THE COUNTY OF NASSAU et al., Respondents. — Oral application by appellants for leave to appeal to the Court of Appeals from the order of this court, dated April 6, 1981, granted. In our opinion questions of law have arisen which ought to be reviewed by the Court of Appeals. Lazer, J.P., Gibbons, Cohalan and Thompson, JJ., concur.

■ SANDRA BOSHAK, Appellant, v HOWARD BOSHAK, Respondent. — Resettled judgment of the Supreme Court, Suffolk County, dated February 1, 1980, affirmed, without costs or disbursements. No opinion. Titone, J.P., Gulotta, Cohalan and O'Connor, JJ., concur.

■ PEARL D. CARR, Appellant, v BERNARD H. CARR, Respondent. — In an action for divorce, the plaintiff wife appeals (1) from so much of an order of the Supreme Court, Westchester County, dated August 4, 1980, as granted the branch of defendant's motion which sought to vacate his default in answering and permitted him to serve an answer, and (2) from a further order of the same court, dated November 6, 1980, which granted the branch of defendant's motion that sought to vacate an order of sequestration previously granted ex parte. Order dated August 4, 1980 affirmed insofar as appealed from, and order dated November 6, 1980 affirmed, without costs or disbursements. Plaintiff's ex parte application for an order of sequestration failed to expressly disclose the prior transfer by defendant to plaintiff of $173,000 in a joint money market certificate and the possession by her of other accounts. In the light of this evidence, and the other evidence in the record, the vacatur of the ex parte order of sequestration and of the default was proper. Our disposition is without prejudice to a renewed application by defendant at Special Term for the right to occupy the marital residence during plaintiff's confinement. Damiani, J.P., Titone, Mangano and Rabin, JJ., concur.

■ CENTRAL FUNDING COMPANY, Respondent, v DOOLEY WATERPROOFING Co., INC., et al., Appellants, et al., Defendants. — In an action to foreclose a mortgage on real property, defendants Dooley Waterproofing Co., Inc., and Richard and Phyllis Dooley appeal from an order of the Supreme Court, Nassau County, dated September 9, 1980, which denied their motion, *inter alia,* to (1) vacate a stipulation entered into by the plaintiff and the appellants on September 25, 1972, and (2) vacate a judgment of foreclosure and sale dated May 13, 1980. Order affirmed, with $50 costs and disbursements. Special Term did not abuse its discretion in denying appellants' motion, *inter alia,* to vacate the stipulation entered into on September 25, 1972. Moreover, appellants have failed to establish the defense of usury by " 'clear evidence as to all the elements essential thereto' " (see *Giventer v Arnow,* 37 NY2d 305, 309). Damiani, J.P., Titone, Mangano and Rabin, JJ., concur.